# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00283-CR

**James Douglas Jones, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
## NO. 21-257, THE HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## **O R D E R**

**PER CURIAM**

Appellant's brief on appeal was originally due August 22, 2022. On counsel's motion(s), the time for filing was extended to October 21, 2022. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than December 20, 2022. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on November 15, 2022.

Before Justices Goodwin, Baker, and Kelly

Do Not Publish